# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE SKANE,<br><br>                                    Plaintiff,<br>vs.<br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>                                    Defendant. | CASE NO. 06cv1174-IEG (WMc)<br><br>ORDER |

On March 12, 2008, a status conference was held in the above captioned case. Participating were Eric Welch, Esq.(counsel for plaintiff), and Laura Petrie, Esq.(counsel for defendant). Counsel advised the Court a settlement has been reached. Therefore, the Court issues the following Order:

1. On or before March 17, 2008, the motion for continuing jurisdiction shall be signed by the parties and faxed to the Court at 619-702-9972.

2. On or before March 19, 2008, counsel for plaintiff shall email to chambers the joint motion to dismiss along with a proposed order.

3. A further settlement disposition conference will be held on **March 28, 2008, at 4:15 p.m.**

\\
\\
\\
\\
\\

4. In regard to Attorney Welch's repeated failure to abide by the Court's orders, the Court's decision regarding sanctions shall be held in abeyance pending the timely settlement of this case.

**IT IS SO ORDERED.**

DATED: March 13, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court