| | |
|---|---|
| 1 | LAURA J. PETRIE, ESQ. (BAR NO. 182243) |
| 2 | BARRY, GARDNER & KINCANNON<br>A PROFESSIONAL CORPORATION |
| 3 | 5000 BIRCH STREET, SUITE 420<br>NEWPORT BEACH, CA 92660-2035 |
| 4 | PHONE: (949) 851-9111   FAX: (949) 851-3935 |
| 5 | ATTORNEYS FOR DEFENDANT |
| 6 | WELLS FARGO BANK N.A. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE SKANE, | ) | CASE NO. 06CV1174-IEG(WMc) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO HOME MORTGAGE, INC. | ) | **JOINT MOTION FOR ORDER OF** |
| ET AL. | ) | **DIMISSAL** |
| | ) | |
| Defendants. | ) | |

1

CASE NO. 06CV1174-IEG(WMc)

1  PLAINTIFF BRUCE SKANE and DEFENDANT WELLS FARGO BANK NA fka
2  WELLS FARGO HOME MORTGAGE, INC. hereby jointly move for an order of dismissal of
3  the instant action with prejudice of all parties and all causes of action pursuant to FRCP
4  41(a)(1).

5  Date: March 18, 2008                BARRY, GARDNER & KINCANNON, A P.C.

7                                      _____
                                       Laura J. Petrie, Esq.
8                                      Attorneys for WELLS FARGO BANK N.A.

10 Date: March 18, 2008                THE WELCH LAW GROUP

11                                     _____
12                                     Eric Welch, Esq.[1]
13                                     Attorneys for Bruce Mark Skane

---

[1] Eric M. Welch has personally reviewed and approved the foregoing Joint Motion for Order of Dismissal, and has given Robert D. Bedinger (SBN 249040) the express authority to execute the foregoing on his behalf.